UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KARIM SAMPSON,

            Plaintiff,

       v.

CHARLES ELLIS, et al.,

            Defendants.

Civil Action No. 12-7057 (MAS)

MEMORANDUM ORDER

THIS MATTER comes before the Court by application filed by Plaintiff, Karim Sampson, to re-open his case. (ECF No. 7.) It appears that:

1. On November 14, 2012, Plaintiff filed a Complaint without submitting the requisite filing fee or a complete application to proceed *in forma pauperis* ("IFP"). (ECF No. 1.) Consequently, this Court issued an Order on March 13, 2013, administratively terminating the action. Plaintiff was informed by the Order that he could re-open his case upon submission of the filing fee or a complete IFP application. (ECF No. 4.)

2. On April 5, 2013, Plaintiff submitted an IFP application, asking to re-open his case, but the IFP application was deficient. (ECF No. 5.) Accordingly, this Court issued another Order, on April 23, 2013, administratively terminating the case, and advising Plaintiff that he could re-open his case upon submission of the filing fee or a complete IFP application. (ECF No. 6.)

3. On July 8, 2013, Plaintiff again submitted an IFP application as directed by the Court's March 13, 2013 and April 23, 2013 Orders. (ECF No. 7.)

THEREFORE, IT IS ON THIS 16th day of June, 2014

ORDERED that the Clerk shall RE-OPEN the file in order for this Court to entertain Plaintiff's application to proceed *in forma pauperis* and, if same is granted, to screen the Complaint for dismissal pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A; and it is further

ORDERED that the Clerk shall serve a copy of this Order upon Plaintiff by regular mail.

*/s/ Michael A. Shipp*
MICHAEL A. SHIPP
United States District Judge